

FILED
APR 0  2021
Clerk, U.S District Court
District Of Montana
Great Falls

**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone: (406) 761-7715
Fax: (406) 453-9973
E-mail: jeff.starnes@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ROY ALLEN SHOSTAK Defendant. | CR 21-02-H-BMM <br><br> INDICTMENT <br><br> POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE <br> Title 21 U.S.C. § 841(a)(1) <br> (Penalty: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) <br><br> TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

That in or about May 2020, at or near Helena, in Lewis and Clark County, in the State and District of Montana, and elsewhere, the defendant, ROY ALLEN SHOSTAK, knowingly possessed with intent to distribute, 50 grams of actual

1

methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____ For
LEIF M. JOHNSON
Acting United States Attorney

_____ for
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney